# JENNER&BLOCK

March 15, 2011

| | Jenner & Block LLP | Chicago |
| --- | --- | --- |
| | 919 Third Avenue | Los Angeles |
| | 37th Floor | New York |
| | New York, NY 10022 | Washington, DC |
| | Tel 212-891-1600 | |
| | www.jenner.com | |

*VIA E.C.F.*

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Katya Jestin
Tel 212 891-1685
kjestin@jenner.com

**Re:**   *Robles v. Lempke*, **No. 09-CV-2636 (SLT)**

Dear Judge Orenstein,

We respectfully submit this letter on behalf of petitioner David Robles in order to request oral argument on the merits of Mr. Robles' *habeas* petition, as permitted by your Honor's December 9, 2010 Order. We understand that Mr. Robles' petition will be considered by your Honor in its entirety, but would like the opportunity to highlight a few issues raised by Mr. Robles in that petition; in particular, we would like to discuss Mr. Robles' identification, Brady and ineffective assistance of counsel claims.

The government does not consent to this request.

Respectfully submitted,

*/s/ Katya Jestin*

Katya Jestin
Alixandra E. Smith
JENNER & BLOCK, LLP
919 Third Avenue
37th Floor
New York, NY 10022

*Counsel for Petitioner David Robles*